IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**UNITED STATES OF AMERICA**

**VERSUS**                                         **CRIMINAL ACTION NO. 4:07CR087-P-B**

**WALTER ERNESTO MARTINEZ-CASTILLO**

### ORDER GRANTING APPROVAL OF EXPENSES
### FOR TRANSLATOR AND INTERPRETER

**THIS MATTER** having been brought before the Court on defense counsel's Motion for Approval of Expenses for Translator and Interpreter [21], and the Court having considered the same; and the Court further finding the Motion to be well taken;

Therefore, it is Ordered that the Motion to Approve Expenses for Translator shall be and is granted, and that the expenses shall not exceed in an amount of $500.

So ORDERED, this the 17th day of September, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE